UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 3:22-cr-115

vs.

QUENTIN MICHAEL TABORN,           District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 28)**

---

       This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 28. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count One of the Indictment, charging him with Conspiracy to Distribute and Possess with Intent to Distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine; 40 grams or more of a mixture or substance containing a detectable amount of fentanyl; and a mixture or substance containing a detectable amount of cocaine, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C), as well as Count 3 of the Indictment, which charges him with Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). Doc. No. 4 at PageID 14, 15. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

   February 28, 2023                                    s/ Michael J. Newman

Hon. Michael J. Newman
United States District Judge